UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH JACKSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>T. BROWN, et al.,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-00605-APG-NJK<br><br>**ORDER** |

On April 21, 2023, the Court ordered Plaintiff to either pay the full $402 filing fee for a civil action or file a fully complete application to proceed *in forma pauperis* by June 20, 2023. Docket No. 3. That deadline passed and Plaintiff has not paid the required filing fee or applied for *in forma pauperis* status. Plaintiff, however, filed a First Amended Complaint. Docket No. 4. Because Plaintiff filed a document, the Court considers alternatives to dismissal and gives Plaintiff a **final** extension of time to either pay the required filing fee or properly apply for *in forma pauperis* status.

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **August 7, 2023**, Plaintiff must either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff Joseph Jackson the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

IT IS SO ORDERED.

DATED: July 6, 2023.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE