UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH JACKSON,<br><br>      Plaintiff,<br><br>    v.<br><br>T. BROWN, et al.,<br><br>      Defendants. | Case No.: 2:23-cv-00605-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 6) |

On July 6, 2023, this Court ordered plaintiff Joseph Jackson to either pay the full $402 filing fee for a civil action or file a new fully complete application to proceed *in forma pauperis* with all three required documents by August 7, 2023. Docket No. 5. One day after that deadline expired, Plaintiff filed an application to proceed *in forma pauperis* that is incomplete because the financial certificate has not been completed and signed by a prison or jail official, and because Plaintiff failed to include an inmate trust fund account statement for the previous six-month period. Docket No. 6. Plaintiff also filed a document purporting to show that he sought his required financial documents from prison officials on August 8, 2023. *Id.* at 5. Considering the foregoing, the Court grants Plaintiff a second extension of time to either pay the required filing fee or file a new fully complete application to proceed *in forma pauperis*.

Accordingly, for the reasons stated above,

IT IS ORDERED that the application to proceed *in forma pauperis*, Docket No. 6, is **DENIED** without prejudice.

IT IS FURTHER ORDERED that, no later than **September 15, 2023**, Plaintiff must either pay the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is **INSTRUCTED** to resend Plaintiff Joseph Jackson the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

IT IS SO ORDERED.

DATED: August 16, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE