UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH JACKSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>T. BROWN, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-00605-APG-NJK<br><br>**ORDER** |

On August 16, 2023, this Court ordered plaintiff Joseph Jackson to either pay the full $402 filing fee for a civil action or file a new fully complete application to proceed *in forma pauperis* by September 15, 2023. Docket No. 7. The order was returned as undeliverable, noting that Plaintiff is now housed at Ely State Prison. Docket No. 8. Plaintiff has not filed his updated address with the Court. Nevada Local Rule IA 3-1 instructs that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Failure to comply with this rule "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **September 17, 2023**, Plaintiff must file his updated address with the Court. This action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

The Clerk of the Court is **INSTRUCTED** to send plaintiff Joseph Jackson a courtesy copy of the Court's August 16, 2023, order, Docket No. 7, by delivering the same to the email address for Ely State Prison's law library.

IT IS SO ORDERED.

DATED: August 17, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE